DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORRIE CHERMAINE AUSTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0017

[February 15, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Hon. Sherwood Bauer, Jr., Judge; L.T. Case No. 432019CF000079.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Paula Kaiman, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***